[Cite as *Earley v. Unknown*, 2010-Ohio-2038.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MARC ANTHONY EARLEY

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2009-09779-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On December 30, 2009, plaintiff Marc Earley, filed a complaint against defendant, Montgomery County Jail. On January 4, 2010, this court issued a pre-screening entry dismissing Montgomery County Jail as defendant and requiring plaintiff to name a state department, board, office, commission, agency, institution, or other state instrumentality as defendant or face dismissal of his case. On January 12, 2010, plaintiff filed an amended complaint naming Montgomery County Sheriff's Department and Dayton Police Department as defendants. Neither police agency is a state entity. Therefore, plaintiff's case is DISMISSED without prejudice. Court costs shall be absorbed by the court.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Marc Anthony Earley, #569-563
P.O. Box 7010
Chillicothe, Ohio  45601

DRB/laa
Filed 1/20/10
Sent to S.C. reporter 5/7/10